**Order entered November 9, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01459-CV

## STEVEN E. LAU, TRUSTEE OF THE STEVEN E. LAU TRUST, STEVEN E. LAU, INDIVIDUALLY, AND KEN MORRIS, Appellants

### V.

### JAMES REEDER AND EDDIE CORBITT, Appellees

**On Appeal from the County Court at Law No. 4
Dallas County, Texas
Trial Court Cause No. CC-98-00869-D**

## ORDER

We **GRANT** appellants' November 4, 2015 second unopposed motion for extension of time to file reply brief and **ORDER** the brief be filed no later than December 9, 2015.

/s/     CRAIG STODDART
          JUSTICE